UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-23136-ALTMAN

**WILFREDO ALBERTO
LEZAMA GARCIA,**

*Petitioner*,

v.

**OFFICER IN CHARGE
OF KROME SERVICE
PROCESSING CENTER**, *et al.*,

*Respondents*.
_____/

## ORDER TRANSFERRING CASE

The Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, challenging the constitutionality of his confinement at the "Dade-Collier Training and Transition Airport[.]" Petition [ECF No. 1] at 2.[1] The Petitioner argues that his current detention violates the Immigration and Nationality Act, the Administrative Procedure Act, and the Fifth Amendment's Due Process Clause. *See id.* at 8–12. "Alligator Alcatraz," however, is in "Ochopee, [Florida,] and Ochopee is in Collier County, and Collier County is in the Middle District of Florida." Order Transferring Case, *Castillo v. U.S. Immigr. & Customs Enf't*, No. 25-cv-23022 (S.D. Fla. July 10, 2025) (Altman, J.), ECF No. 7 at 1 (citing 28 U.S.C. § 89(b)). The Petitioner insists that this District is the proper venue for his claim under 28 U.S.C. § 1391(b)(1), (b)(2), and (e)(1), because "Respondents Ripa and Parra reside in this district" and "a substantial part of the events or omissions giving rise to the claim occurred in this district." Petition at 3. But "Section 2241 petitions may be brought only in the district in which the

---

[1] This facility is also known as "Alligator Alcatraz." *See* Ana Ceballos, *Alligator Alcatraz is no Nickname. It's Detention Camp's Official Name*, TAMPA BAY TIMES, (July 1, 2025), https://www.tampabay.com/news/florida/2025/07/01/alligator-alcatraz-is-no-nickname-its-detention-camps-official-name/.

inmate is incarcerated." *Fernandez v. United States*, 941 F.2d 1488, 1495 (11th Cir. 1991). Since the Petitioner is presently detained in a Collier County facility, the Middle District of Florida is the only appropriate venue to adjudicate his § 2241 petition.

We therefore **ORDER AND ADJUDGE** that the Petition [ECF No. 1] is **TRANSFERRED** to the United States District Court for the Middle District of Florida, Fort Myers Division. All pending motions are **DENIED as moot**. We **DIRECT** the Clerk of Court to **CLOSE** this case.

**DONE AND ORDERED** in the Southern District of Florida on July 16, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record